# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAD YAGHOUBI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No. 2:16-cv-05770-SVW (ASx)<br>Assigned to Hon. Stephen V. Wilson<br><br>**JUDGMENT** |

　　　　Defendant Travelers Casualty Insurance Company of America's ("Travelers") Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment ("Travelers' Motion") against Plaintiff Farhad Yaghoubi ("Plaintiff") came on for hearing on September 25, 2017 in Courtroom 10A of the above-entitled Court, the Honorable Stephen V. Wilson presiding.  Plaintiff was represented by Brian S. Kabateck and Shant A. Karnikian of Kabateck Brown Kellner LLP.  Travelers was represented by Aaron C. Agness of Weston & McElvain LLP.

　　　　After consideration of the evidence, points and authorities, declarations, and other documents filed by the parties in support of and in opposition to Travelers'

Motion, as well as oral argument, the Court finds that there is no triable issue of material fact as to any of Plaintiff's causes of action against Travelers, and Travelers is entitled to summary judgment as a matter of law.

Specifically, for the reasons stated in this Court's September 27, 2017 Order Granting Summary Judgment (Dkt. 57), the Court finds that as a matter of law, Plaintiff's alleged purchase of an apartment building is not a "replacement" for the commercial warehouse that burned down. Therefore, Plaintiff is not entitled to replacement costs and Travelers has not breached the policy. For the same reason, Plaintiff's claim for bad faith fails as a matter of law. Additionally, Plaintiff's claims for bad faith and punitive damages are easily dismissed based on the undisputed facts set forth by the parties.

In light of the foregoing and as further expressed in the September 27, 2017 Order (Dkt. 57), Travelers is entitled to judgment as a matter of law. Plaintiff shall take nothing by way of this action. Plaintiff shall pay Travelers' costs of suit in an amount to be determined according to Local Rule 54.

**JUDGMENT IS HEREBY ENTERED** for Travelers.

Dated: October 4, 2017

By: /s/ Stephen V. Wilson
Hon. Stephen V. Wilson
United States District Court